| IN RE:  Shirley K. Burgess | CASE NO: 19-01615 |
| --- | --- |
| | CHAPTER 13 |
| DEBTOR(S) | DEBTOR'S STATEMENT IN SUPPORT OF CONFIRMATION |
| | |

In connection with the Modified Chapter 13 Plan dated August 28, 2019 the debtor(s) hereby state that they understand the following:

(1) The obligations set forth in the plan, including the amount, method, and timing of payments made to the trustee and/or directly to creditors;

(2) The consequences of any default under the plan including the direct payments to creditors; and

(3) That debtor(s) may not agree to sell property, or sell property, employ professionals, or incur debt (including modification of debt) during the term for the plan without the advance authorization of the Bankruptcy Court.

Date August 28, 2019        By: /s/ Shirley K. Burgess
                                        Shirley K. Burgess