UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Shirley Burgess | ) | CASE NO.: 19-01615 |
| | ) | |
| | ) | STATEMENT OF CHANGE |
| | ) | |
| _____DEBTOR_____ | ) | |

The Schedule(s) A/B, C, and D were modified for the above captioned Debtors has been amended based on the following reason(s):

1. Schedule A/B was amended add the 2003 Ford F-150 as personal property.
2. Schedule C was amended to provide applicable exemptions for the newly added property.
3. Schedule D was amended to add the Creditor Auto Money, Inc.

Date: **August 28, 2019**

/s/ **Monique Pearson**
Legal Secretary
Barr Law, LLC
108 N. Academy Street
Kingstree, SC 29556
(843) 355-5444 phone
(843) 355-5194 fax
barrlaw@ftc-i.net