**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **19-01615-jw**

**Consent Order**

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**09/23/2019**



*signature: John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 09/23/2019

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| In re:  | Case No. 19-01615-jw |
|---|---|
| Shirley Kayte Burgess | Chapter 13 |
| Debtor.(s) | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

This matter comes before the Court upon the request and motion of AutoMoney Inc's ("Movant") request to allow a late filed proof of claim, pursuant to Federal Rules of Bankruptcy Procedure, Rule 3002(b)(6). Debtor has an inherited interest in her deceased husband's Ford F-150 which secures the claim. The Debtor filed a modified plan on August 9, 2019 to provide payment of the claim of Movant in the amount of $1,175.50 with 0% interest. Movant was not notified of the Debtor's bankruptcy and was made aware of the bankruptcy filing on or about August 16, 2019. Movant and the Debtor were able to consent to an amended plan and this consent order to avoid the need for Movant to seek relief from the automatic stay to enforce their claim against the Debtor's property. The Court finds that Fed. R. Bankr. P., Rule 3002(b)(6), would apply to allow additional time to file a claim.

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED that Movant is granted an extension of time to file a claim under that Fed. R. Bankr. P., Rule 3002(b)(6), and that a claim will be deemed timely if filed within fifteen (15) days of the entry of this order.

**WE SO MOVE:**

Markham Law Firm, LLC

  /s/Sean Markham
Sean Markham, Dist. I.D. # 10145
SC Bar # 70688
NC Bar # 54200
Attorney for Movant
P.O. Box 20074
Charleston, SC 29413-0074
Tel: 843-284-3646
Fax: 843-637-7499
sean@markhamlawsc.com


**WE SO CONSENT:**

/s/ William Barr
William Barr
Barr Law
108 North Academy Street
Kingstree, SC 29556
843-355-5444-(p)
843-355-5194-(f)
barrlaw@ftc-i.net(e)

/s/ James Wyman
James Wyman, Trustee
P.O. Box 997
Mt. Pleasant, SC  29465-0997
Tel. (843) 388-9844
Fax (843) 388-9877
13office@charleston13.com


September 16, 2019; Charleston, South Carolina

2